IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **HESMAN TALL,** * | |
| Plaintiff, * | |
| v. * | Case No.: GJH-21-2123 |
| * | |
| **COMMISSIONER OF THE** | |
| **HOWARD COUNTY HOUSING** * | |
| **AUTHORITY** | |
| * | |
| Defendant. | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that:

1. Defendant Commissioner of the Howard County Housing Authority's Motion to Dismiss, ECF No. 6, is **GRANTED** without prejudice;

2. Plaintiff's Motion to Strike Defendant's Motion to Dismiss, ECF No. 8, Motion for In-Person Hearing, ECF No. 12, and Motion for Leave to File Surreply, ECF No. 15, are **DENIED** as moot;

3. Plaintiff **SHALL** file an amended complaint within **21 DAYS** of the issuance of this Order that addresses the deficiencies identified in the Opinion;

4. Failure to file a proper amended complaint within 21 days will result in **DISMISSAL** of this case with prejudice; and

5. The Clerk **SHALL MAIL** a copy of this Order and the foregoing Memorandum Opinion to Plaintiff.

Dated: July 15, 2022                             /s/_____
                                                 GEORGE J. HAZEL
                                                 United States District Judge