# IN THE UNITED STATES DISTRICT COURT

## GREENBELT, MARYLAND

HESMAN TALL

    Plaintiff

CASE NUMBER

GJH 21 CV 2123

v.

COMMISSIONER OF THE
HOWARD COUNTY HOUSING AUTHORITY

USDC- GREENBELT
'22 AUG 8 PM 3:38

    Defendant

## NOTICE OF APPEAL

UNTO LAW BEFORE THEE BRING Title 28 Section 4 (a) Fed. Rules of Appellate Procedure now comes Plaintiff filing notice of the appeal of the decision received by the appellant on July 26th. 2022.

## CERTIFICATE OF MAILING

Plaintiff hereby certifies that in compliance with §205(g) of the Social Security Act and 42 U.S.C. §405(g) and 4 ( i ) of the Fed. Rules for Judicial Procedure on this __5th__ day of August, 2022 a copy of the above notice of appeal was mailed by first-class USPS to the defendant who is Mr Peter Engel Commissioner of the Howard County Housing Authority 9770 Patuxent Woods Blvd Columbia, MD   21046

Hesman Tall
10721 Graeloch Rd
Laurel, MD   20707
443 760 1787