IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **HESMAN TALL,** | * | |
| Plaintiff, | * | |
| v. | | Case No.: GJH-21-2123 |
| | * | |
| **COMMISSIONER OF THE HOWARD COUNTY HOUSING AUTHORITY** | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

On July 15, 2022, the Court granted Defendant's Motion to Dismiss and provided Plaintiff 21 days to file an Amended Complaint. An Amended Complaint was never filed. Thus, it is hereby ORDERED by the United States District Court for the District of Maryland that:

1. The Complaint is Dismissed with Prejudice; and
2. The clerk shall **CLOSE** this case.

Dated: January 31, 2023

/s/
GEORGE J. HAZEL
United States District Judge