## IN THE UNITED STATES DISTRICT COURT

## GREENBELT, MARYLAND

HESMAN TALL

Plaintiff

CASE NUMBER

GJH 21 CV 2123

v.

COMMISSIONER OF THE
HOWARD COUNTY HOUSING AUTHORITY

Defendant

### NOTICE OF APPEAL

UNTO LAW BEFORE THEE BRING Title 28 Section 4 (a)  Fed. Rules of

Appellate Procedure now comes Plaintiff filing notice of the appeal of the decision received

by the appellant on  February 15th. 2023.

### CERTIFICATE OF MAILING

Plaintiff hereby certifies that in compliance with §205(g) of the Social Security

Act and 42 U.S.C. §405(g) and 4 ( i ) of the Fed. Rules for Judicial Procedure on

this __17th___ day of  February, 2023  a copy of the above notice of appeal was mailed by

first-class USPS to the defendant who is Mr Peter Engel  Commissioner

of the Howard County Housing Authority 9770  Patuxent Woods Blvd

Columbia, MD    21046

Hesman Tall
10721 Graeloch Rd
Laurel, MD    20707
443 760 1787